**Gary CECIL, Plaintiff-Appellant,**

v.

**Daniel PARAMO, Warden; et al.,
Defendants-Appellees.**

**No. 16-55004**

United States Court of Appeals,
Ninth Circuit.

Submitted December 14, 2016 *

Filed December 22, 2016

Gary Cecil, Pro Se

Before: WALLACE, LEAVY, and
FISHER, Circuit Judges.

### MEMORANDUM **

Gary Cecil, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging due process and access-to-court claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Cecil failed to address any of the grounds for dismissal, and has therefore waived his appeal of the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta–Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993)

(issues not supported by argument in pro se appellant's opening brief are waived).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

